Matthew G. Monforton
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, MT 59718
Tele.: (406) 570-2949; Fax: (406) 551-6919
Attorney for the County Committee Plaintiffs

James E. Brown
The James Brown Law Office, PLLC
30 S. Ewing St., Suite 100
Helena, MT 59601
Tele.: (406) 449-7444; Fax: (406) 443-2478
Attorney for Plaintiff Montana Republican Party

### UNITED STATES DISTRICT COURT
### DISTRICT OF MONTANA

| | |
|---|---|
| RAVALLI COUNTY REPUBLICAN CENTRAL COMMITTEE, GALLATIN COUNTY REPUBLICAN CENTRAL COMMITTEE, SANDERS COUNTY REPUBLICAN CENTRAL COMMITTEE, DAWSON COUNTY REPUBLICAN CENTRAL COMMITTEE, STILLWATER COUNTY REPUBLICAN CENTRAL COMMITTEE; RICHLAND COUNTY REPUBLICAN CENTRAL COMMITTEE; CARBON COUNTY REPUBLICAN CENTRAL COMMITTEE; FLATHEAD COUNTY REPUBLICAN CENTRAL COMMITTEE; MADISON COUNTY REPUBLICAN CENTRAL COMMITTEE; BIG HORN COUNTY REPUBLICAN CENTRAL COMMITTEE; MONTANA REPUBLICAN PARTY, <br><br> Plaintiffs, <br> v. <br><br> LINDA McCULLOCH, in her official capacity as Montana's Secretary of State, et al. <br><br> Defendant. | Case No. CV 14-0058-H-BMM <br><br> **PLAINTIFFS' STATUS REPORT** |

Pursuant to the Court's order issued on May 14, 2015 (Doc. 53), Plaintiffs submit the following status report.

Plaintiffs, through their second cause of action, sought injunctive and declaratory relief to end application of the State's open primary law to the selection of Republican precinct committeepersons.  The enactment of HB 454 on May 5, 2015, will give Montana's political parties the authority to enact their own rules and procedures for selecting precinct committeepersons.  This change in Montana law achieves for Plaintiffs the objectives they were seeking in the second cause of action.  Because the second cause of action is now moot, Plaintiffs believed the interests of judicial economy were best served by seeking dismissal of their preliminary injunction appeal of this Court's ruling regarding their second cause of action.  For the same reason, they have no objection to the Court dismissing their second cause of action at this time.

Plaintiffs' first cause of action is a different matter.  It concerns the application of Montana's open primary law to the selection of party nominees for public office.  The enactment of HB 454 does not diminish the injury to Plaintiffs' First Amendment right to select nominees for public office, an injury being caused by Montana's open primary law.  Plaintiffs are continuing to litigate their first cause of action and anticipate preparing a motion for summary judgment in September in accordance with the Court's scheduling order.

Dated May 15, 2015                    Respectfully submitted,

                                      Monforton Law Offices, PLLC

                                      /s/ Matthew G. Monforton
                                      Matthew G. Monforton
                                      Attorney for the County Committee Plaintiffs


                                      The James Brown Law Office, PLLC

                                      /s/ James E. Brown
                                      James E. Brown
                                      Attorney for Plaintiff Montana Republican Party