# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| RAVALLI COUNTY REPUBLICAN CENTRAL COMMITTEE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LINDA McCULLOCH, in her official capacity as Montana's Secretary of State, et al. <br><br> Defendants. | CV-14-58-H-BMM <br><br> **ORDER** |

Before the Court is an unopposed motion by Defendants to modify the scheduling order in this matter (Doc. 56). Good cause showing, the motion is GRANTED. The scheduling order is modified as follows

    1. The Defendants shall disclose experts on or before: July 14, 2015

    2. The parties shall disclose rebuttal experts on or before: July 21, 2015

All other deadlines shall remain unchanged.

    DATED this 9th day of July, 2015.

_____
Brian Morris
United States District Court Judge

1