Matthew G. Monforton
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, MT 59718
Tele.: (406) 570-2949; Fax: (406) 551-6919
Attorney for the County Central Committee Plaintiffs

James E. Brown
The James Brown Law Office, PLLC
30 S. Ewing St., Suite 100
Helena, MT 59601
Tele.: (406) 449-7444; Fax: (406) 443-2478
Attorney for Plaintiff Montana Republican Party

# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA

| | |
|---|---|
| RAVALLI COUNTY REPUBLICAN CENTRAL COMMITTEE, GALLATIN COUNTY REPUBLICAN CENTRAL COMMITTEE, SANDERS COUNTY REPUBLICAN CENTRAL COMMITTEE, DAWSON COUNTY REPUBLICAN CENTRAL COMMITTEE, STILLWATER COUNTY REPUBLICAN CENTRAL COMMITTEE; RICHLAND COUNTY REPUBLICAN CENTRAL COMMITTEE; CARBON COUNTY REPUBLICAN CENTRAL COMMITTEE; FLATHEAD COUNTY REPUBLICAN CENTRAL COMMITTEE; MADISON COUNTY REPUBLICAN CENTRAL COMMITTEE; BIG HORN COUNTY REPUBLICAN CENTRAL COMMITTEE; MONTANA REPUBLICAN PARTY,<br><br>    Plaintiffs,<br>  v.<br><br>LINDA McCULLOCH, in her official capacity as Montana's Secretary of State, *et al*.,<br><br>    Defendants. | Case No. CV 14-0058-H-BMM<br><br>**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

TO THE CLERK AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs hereby move this Court for a preliminary injunction prohibiting Defendants from enforcing Montana's mandatory open primary law against the Montana Republican Party. Per Local Rule 7.1, counsel for Defendants has been notified of this motion and opposes it.

Accompanying this motion is a Brief in Support of Plaintiffs' Motion for Preliminary Injunction as well as the following exhibits:

**Description of Document**                                                  **Exhibit No.**

Transcript of Deposition of Montana GOP Executive Director
Chris Shipp & Deposition Exhibits (7/24/15) ............................................................. 1

Report of Plaintiffs' Experts, Prof. Kyle Saunders &
Prof. Steven Greene (6/4/15) ...................................................................................... 2

Report of Defendants' Expert, Prof. Christopher Muste (7/14/15) ........................... 3

Transcript of Deposition of Senate Majority Leader
Matthew Rosendale (8/3/15) ...................................................................................... 4

Transcript of Deposition of MEA-MFT President Eric Feaver &
Deposition Exhibits (6/26/15) ..................................................................................... 5

Transcript of Deposition of Scott Boulanger (7/23/15) ............................................. 6

Declaration of Brad Molnar (5/29/15) ........................................................................ 7

Declaration of Republican House Majority Leader
Keith Regier (5/28/15) ................................................................................................. 8

Declaration of Republican Senate Majority Leader
Matthew Rosendale (5/29/15) ..................................................................................9

Transcript of Deposition of Prof. Kyle Saunders (7/30/15) ...................................10

Declaration of Scott Boulanger (6/3/15) ................................................................11

DATED: August 28, 2015

                        Respectfully submitted,
                        Monforton Law Offices, PLLC

                        /s/ Matthew G. Monforton
                        Matthew G. Monforton

                        Attorney for the County Central
                        Committee Plaintiffs


                        The James Brown Law Office, PLLC

                        /s/ James E. Brown
                        James E. Brown

                        Attorney for Plaintiff Montana Republican Party

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 28th day of August, 2015, that a copy of the foregoing will be delivered this day via the Court's ECF system to the following:

TIMOTHY C. FOX Montana Attorney General
J. STUART SEGREST
PATRICK M. RISKEN
Assistant Attorneys General
JON BENNION
Deputy Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
ssegrest@mt.gov
prisken@mt.gov
jonbennion@mt.gov


DATED: August 28, 2015

Respectfully submitted,
Monforton Law Offices, PLLC

/s/ Matthew G. Monforton
Matthew G. Monforton

Attorney for the County Central
Committee Plaintiffs



The James Brown Law Office, PLLC

/s/ James E. Brown
James E. Brown

Attorney for Plaintiff Montana Republican Party