TIMOTHY C. FOX
Montana Attorney General
J. STUART SEGREST
PATRICK M. RISKEN
Assistant Attorneys General
JON BENNION
Deputy Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
ssegrest@mt.gov
prisken@mt.gov
jonbennion@mt.gov
Phone: (406) 444-2026, Fax: (406) 444-3549

COUNSEL FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| RAVALLI COUNTY REPUBLICAN CENTRAL COMMITTEE, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> LINDA McCULLOCH, in her official capacity as Montana's Secretary of State, *et al.*, <br><br> Defendants. | Case No. 6:14-cv-00058-BMM <br><br> **NOTICE OF WITHDRAWAL OF JON BENNION AS CO-COUNSEL** |
|---|---|

Please take notice that Jon Bennion, Deputy Attorney General, hereby withdraws as co-counsel of record for Defendants. Recognizing that Defendants are represented by two other competent counsel, I submit this notice of withdrawal

in order to prevent future misunderstandings with the Montana Republican Party and to facilitate future communications with the Party.

Respectfully submitted this 28th day of August, 2015.

>TIMOTHY C. FOX
>Montana Attorney General
>215 North Sanders
>P.O. Box 201401
>Helena, MT 59620-1401
>
>By: */s/ Jon Bennion*
>   Jon Bennion
>   Deputy Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana by using cm/ecf system.

Participants in the case who are registered cm/ecf users will be served by the cm/ecf system.

Dated: August 28, 2015    */s/ Jon Bennion*
                          Jon Bennion
                          Assistant Attorney General