Matthew G. Monforton
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, MT 59718
Telephone: (406) 570-2949
Facsimile: (406) 551-6919
matthewmonforton@yahoo.com

Attorney for the County Central Committee Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA

| | |
|---|---|
| RAVALLI COUNTY REPUBLICAN CENTRAL COMMITTEE, GALLATIN COUNTY REPUBLICAN CENTRAL COMMITTEE, SANDERS COUNTY REPUBLICAN CENTRAL COMMITTEE, DAWSON COUNTY REPUBLICAN CENTRAL COMMITTEE, STILLWATER COUNTY REPUBLICAN CENTRAL COMMITTEE; RICHLAND COUNTY REPUBLICAN CENTRAL COMMITTEE; CARBON COUNTY REPUBLICAN CENTRAL COMMITTEE; FLATHEAD COUNTY REPUBLICAN CENTRAL COMMITTEE; MADISON COUNTY REPUBLICAN CENTRAL COMMITTEE; BIG HORN COUNTY REPUBLICAN CENTRAL COMMITTEE; MONTANA REPUBLICAN PARTY,<br><br>              Plaintiffs,<br>     v.<br><br>LINDA McCULLOCH, in her official capacity as Montana's Secretary of State, *et al.*,<br><br>              Defendants. | Case No. CV 14-0058-H-BMM<br><br>**OBJECTION OF THE COUNTY CENTRAL COMMITTEE PLAINTIFFS TO VACATING THE HEARING SCHEDULED FOR SEPTEMBER 24, 2015** |

On August 28, 2015, Plaintiff Montana Republican Party moved to

withdraw its motion to disqualify Dep. Attorney General Jon Bennion.  Later that

day, Mr. Bennion filed a motion to withdraw as counsel for Defendants.  The

County Central Committee Plaintiffs take no position as to either of these motions.

The County Central Committee Plaintiffs object, however, to vacating the

disqualification hearing set for September 24, 2015.  The County Central

Committee Plaintiffs have a separate disqualification motion pending before the

Court.  Mr. Bennion's departure from this case does not moot that motion because,

as stated in their motion, the County Central Committee Plaintiffs also seek the

following relief:

(1) Identification of all communications between members of the Attorney
    General's office and officers of the Plaintiffs concerning this case for which
    consent was not given by Plaintiffs' counsel (James Brown concerning
    communications with the state party or Matthew Monforton concerning
    communications with the county committees) as required by ABA Rule 4.2.
    Plaintiffs have evidence of at least two such communications and have
    reason to believe that there have been others; and

(2) Disclosure to Plaintiffs of all documents relating to such communications.

This relief is required in order for Plaintiffs to evaluate how their case has

been prejudiced as a result of the State's ethics violations.  The State has not

provided a sworn statement addressing these issues, something that would likely

obviate the need for an evidentiary hearing.  The County Central Committee

Plaintiffs therefore request that the hearing set by this Court for September 24,

2

2015 remain on calendar.

DATED: August 30, 2015

Respectfully submitted,
Monforton Law Offices, PLLC

/s/ Matthew G. Monforton
Matthew G. Monforton

Attorney for the County Central
Committee Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY this 30th day of August, 2015, that a copy of the foregoing will be delivered this day via the Court's ECF system to the following:

TIMOTHY C. FOX   Montana Attorney General
J. STUART SEGREST
PATRICK M. RISKEN
Assistant Attorneys General
JON BENNION
Deputy Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
ssegrest@mt.gov
prisken@mt.gov
jonbennion@mt.gov

James E. Brown
The James Brown Law Office, PLLC
30 S. Ewing St., Suite 100
Helena, MT 59601
Tel.:  (406) 449-7444;
Fax: (406) 443-2478
thunderdomelaw@gmail.com

Attorney for Plaintiff Montana Republican Party

DATED: August 30, 2015

Respectfully submitted,
Monforton Law Offices, PLLC

<u>/s/ Matthew G. Monforton</u>
Matthew G. Monforton

Attorney for the County Central
Committee Plaintiffs