# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| RAVALLI COUNTY REPUBLICAN CENTRAL COMMITTEE, et al., | CV-14-58-GF-BMM |
| Plaintiffs, | |
| vs. | **ORDER** |
| LINDA McCULLOCH, in her official capacity as Montana's Secretary of State; et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the motion hearing scheduled for Thursday, September 24, 2015 is **VACATED** and **RESET** for **Wednesday, September 30, 2015 at 1:00 p.m.** at the Paul Hatfield Federal Courthouse, Helena, Montana.

DATED this 3rd day of September, 2015.

Brian Morris
United States District Court Judge