TIMOTHY C. FOX
Montana Attorney General
J. STUART SEGREST
PATRICK M. RISKEN
Assistant Attorneys General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
ssegrest@mt.gov; prisken@mt.gov
Phone: (406) 444-2026, Fax: (406) 444-3549

COUNSEL FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| RAVALLI COUNTY REPUBLICAN CENTRAL COMMITTEE, *et al.*, | Case No. 6:14-cv-00058-BMM |
|---|---|
| Plaintiffs, v. | **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| LINDA McCULLOCH, in her official capacity as Montana's Secretary of State, *et al.*, | |
| Defendants. | |

Defendants move this Court to grant summary judgment for Defendants pursuant to F. R. Civ. P. 56. As discussed in the accompanying brief, there are no disputed material facts and Defendants are entitled to judgment as a matter of law.

Respectfully submitted this 18th day of September, 2015.

TIMOTHY C. FOX
Montana Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401

By: */s/ J. Stuart Segrest*
    J. Stuart Segrest
    Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana by using cm/ecf system.

Participants in the case who are registered cm/ecf users will be served by the cm/ecf system.

Dated: September 18, 2015    */s/ J. Stuart Segrest*
                                             J. Stuart Segrest
                                             Assistant Attorney General