TIMOTHY C. FOX
Montana Attorney General
J. STUART SEGREST
PATRICK M. RISKEN
Assistant Attorneys General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
ssegrest@mt.gov; prisken@mt.gov
Phone:  (406) 444-2026, Fax:  (406) 444-3549

COUNSEL FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| RAVALLI COUNTY REPUBLICAN CENTRAL COMMITTEE, *et al.*, <br><br>Plaintiffs,<br> v. <br><br>LINDA McCULLOCH, in her official capacity as Montana's Secretary of State, *et al.*, <br><br>Defendants. | Case No. 6:14-cv-00058-BMM <br><br> **UNOPPOSED MOTION TO MODIFY HEARING DATE ON PRELIMINARY INJUNCTION MOTION** |
|---|---|

Defendants hereby move this Court to reset the time for oral argument on Plaintiffs' motion for preliminary injunction currently scheduled for Thursday, November 5, 2015 at 2 p.m. (Doc. 94).  The undersigned has a previously-scheduled oral argument before the Montana Supreme Court on Wednesday, November 4, 2015, in the case of *Montana Cannabis Industry Ass'n v. State*, DA 15-0055.

Defendants, after consulting with Plaintiffs, request argument on the motion for preliminary injunction be heard in conjunction with the additional motions

scheduled to be argued on Thursday, November 19, 2015 at 1:30 p.m.  Attorneys for Defendants and Plaintiffs have conflicts the week of November 9.

Plaintiffs' attorneys have been contacted and do not object to this motion.

Respectfully submitted this 23rd day of September, 2015.

>TIMOTHY C. FOX
>Montana Attorney General
>215 North Sanders
>P.O. Box 201401
>Helena, MT 59620-1401
>
>By: /s/  J. Stuart Segrest
>    J. STUART SEGREST
>    Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana, Helena Division, by using cm/ecf system.

Participants in the case who are registered cm/ecf users will be served by the cm/ecf system.

Dated:  September 23, 2015          /s/  J. Stuart Segrest
                                    J. STUART SEGREST
                                    Assistant Attorney General