Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

December 16, 2015

| | |
|---|---|
| No.: | 15-35967 |
| D.C. No.: | 6:14-cv-00058-BMM |
| Short Title: | Ravalli County Rep Cent Comm, et al v. Linda McCulloch, et al |

Dear Appellants/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Preliminary Injunction Appeal. Circuit Rule 3-3.**

**Briefing schedule will be set by future court order.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 16 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RAVALLI COUNTY REPUBLICAN CENTRAL COMMITTEE; GALLATIN COUNTY REPUBLICAN CENTRAL COMMITTEE; SANDERS COUNTY REPUBLICAN CENTRAL COMMITTEE; DAWSON COUNTY REPUBLICAN CENTRAL COMMITTEE; STILLWATER COUNTY REPUBLICAN CENTRAL COMMITTEE; RICHLAND COUNTY REPUBLICAN CENTRAL COMMITTEE; CARBON COUNTY REPUBLICAN CENTRAL COMMITTEE; FLATHEAD COUNTY REPUBLICAN CENTRAL COMMITTEE; MADISON COUNTY REPUBLICAN CENTRAL COMMITTEE; BIG HORN COUNTY REPUBLICAN CENTRAL COMMITTEE; MONTANA REPUBLICAN PARTY, <br><br>        Plaintiffs - Appellants, <br><br> v. <br><br> LINDA MCCULLOCH, in her official capacity as Montana's Secretary of State; REGINA PLETTENBERG, in her official capacity as the Election Administrator of Ravalli County; CHARLOTTE MILLS, n her official | No. 15-35967 <br><br> D.C. No. 6:14-cv-00058-BMM <br> U.S. District Court for Montana, Helena <br><br> **TIME SCHEDULE ORDER** |

capacity as the Election Administrator of Gallatin County; BOBBI CHRISTENSEN, in her official capacity as the Election Administrator of Sanders County; SHIRLEY KREIMAN, in her official capacity as the Election Administrator of Dawson County; PAULINE MISHLER, in her capacity as the Election Administrator of Stillwater County; STEPHANIE VERHASSELT, in her official capacity as the Election Administrator for Richland County; JUDY CHRISTENSEN, in her official capacity as the Election Administrator for Carbon County; PAULA ROBINSON, in her official capacity as the Election Administrator for Flathead County; PEGGY STEMLER, in her official capacity as the Election Administrator for Madison county; KIMBERLY YARLOTT, in her official capacity as the Election Administrator for Big Horn County,

        Defendants - Appellees.

The parties shall meet the following time schedule.

| | |
|---|---|
| **Wed., December 23, 2015** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |

**Failure of the appellants to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Ruben Talavera
Deputy Clerk