FILED

DEC 30 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RAVALLI COUNTY REPUBLICAN CENTRAL COMMITTEE; et al.,<br><br>        Plaintiffs - Appellants,<br><br>v.<br><br>LINDA MCCULLOCH, in her official capacity as Montana's Secretary of State; et al.,<br><br>        Defendants - Appellees. | No. 15-35967<br><br>D.C. No. 6:14-cv-00058-BMM<br>District of Montana, Helena<br><br><br>ORDER |

Before: LEAVY, M. SMITH, and IKUTA, Circuit Judges.

    Appellants' motion to expedite this appeal is denied.

    The opening brief has been filed. The answering brief remains due January 15, 2016, and the optional reply brief is due January 19, 2016.

SFI/MOATT