**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 22 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RAVALLI COUNTY REPUBLICAN CENTRAL COMMITTEE; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> LINDA McCULLOCH, in her official capacity as Montana's Secretary of State; et al., <br><br> Defendants-Appellees. | No. 15-35967 <br><br> DC No. 6:14 cv-0058 BMM <br> D Mont., Helena <br><br> ORDER |
| RAVALLI COUNTY REPUBLICAN CENTRAL COMMITTEE; et al., <br><br> Plaintiffs-Appellants, <br><br> and <br><br> RICHLAND COUNTY REPUBLICAN CENTRAL COMMITTEE; et al., <br><br> Plaintiffs, <br><br> v. <br><br> LINDA McCULLOCH, in her official capacity as Montana's Secretary of State; et al., <br><br> Defendants-Appellees. | No. 16-35375 <br><br> DC No. 6:14 cv-0058 BMM <br> D Mont., Helena |

Before: TASHIMA, TALLMAN, and HURWITZ, Circuit Judges.

Because we concurrently dismiss appeal No. 15-35967, the motion of County Committee Plaintiffs to consolidate their appeal in No. 16-35375 with No. 15-35967 has been mooted.

**ORDERED** that the motion in No. 16-35375 to consolidate that appeal with No. 15-35967 is denied as moot.